GREENBAUM, ROWE, SMITH & DAVIS LLP
P.O. Box 5600
Woodbridge, NJ 07095
(732) 549-5600
Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, PRUCO LIFE INSURANCE COMPANY, PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY, and PRUDENTIAL INVESTMENT PORTFOLIOS 2,<br><br>                              Plaintiffs,<br><br>v.<br><br>UBS REAL ESTATE SECURITIES, INC., UBS SECURITIES LLC, and MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.,<br><br>                              Defendants. | No. 2:13-cv-02953-KM-MCA<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                              GREENBAUM, ROWE, SMITH & DAVIS LLP
                              Attorneys for Defendants

                              By: /s Alan S. Naar
                                       Alan S. Naar

Dated: August 1, 2013

PRO HAC VICE ATTORNEY INFORMATION:

Name: Thomas C. Rice, Esq.
Address: Simpson Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017
Email: trice@stblaw.com